UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

ANTHONY CURCIO,
    a/k/a "Brendan Wooley," and

IOSIF BONDARCHUK,
    a/k/a "Joe Bondarchuk,"

                Defendants.

**Unsealing Order**

**24 Cr. 312**

---

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys David R. Felton and Kingdar Prussien;

It is found that the Indictment in the above-captioned case, 24 Cr. 312, is currently sealed and the United States Attorney's Office has applied to have this Indictment unsealed, and it is therefore:

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:    New York, New York
             May 23, 2024

_____
HONORABLE JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK