UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

IOSIF BONDARCHUK,

Defendant.

---

No. 24-CR-312

ORDER

RONNIE ABRAMS, United States District Judge:

On consent of the parties, defendant shall be released, with the following additional conditions:

- $200,0000 unsecured bond.

- Pretrial Services supervision as directed.

- Travel restricted to SDNY/EDNY and WD/WA, with points in between for travel for court purposes. Additional continental U.S. travels with prior approval from Pretrial Services.

- Surrender all travel documents and make no new applications.

- Avoid direct or indirect contact with any person who is or may be a victim or witness in the investigation or prosecution, including co-defendants and co-conspirators, unless in the presence of counsel.

- No possession of a firearm, destructive device, or other weapon. All firearms and dangerous weapons must be removed from the residence(s), vehicles(s), and place of employment and surrendered to local law enforcement with proof provided to Pretrial Services.

- Surrender concealed weapons permit to counsel with proof provided to Pretrial Services.

- Maintain residence and not relocate without prior approval from Pretrial Services.

- Obtain/Maintain verifiable employment

- No dealing in sports trading or Pokemon cards during pendency of case.

SO ORDERED.

Dated:   June 7, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge