UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA. | No. 24-CR-312 (RA) |
| v. | MOTION TO TERMINATE COUNSEL AND PROCEED PRO SE. WITH FARETTA HEARING REQUEST |
| ANTHONY CURCIO. | |
| Defendant. | |

I, Anthony Curcio. respectfully move this Court for permission to terminate current counsel so that I may represent myself and proceed pro se.

1. I wish to exercise my constitutional right under the Sixth Amendment to self-representation.

2. I make this request knowingly and voluntarily. with full awareness of the risks and responsibilities of self-representation.

3. I understand I will be bound by the Federal Rules of Criminal Procedure and Evidence. deadlines. and the Court's orders.

4. Pursuant to Local Criminal Rule 49.2. I have submitted a short, sealed, ex parte addendum addressing my concerns regarding the adequacy of current counsel.

5. I respectfully request that the Court schedule a Faretta hearing at its convenience to address my request to proceed pro se.

6. Should the Court approve a Faretta hearing, I respectfully request advance notice of approximately 2 weeks, so that I may coordinate travel from Washington State with the approval of Pretrial Services.

DATED this 17th day of September, 2025.

Respectfully submitted,

By: _____
Anthony Curcio

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ANTHONY CURCIO,

Defendant.

No. 24-CR-312 (RA)

CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2025, I served a copy of the foregoing Motion to Terminate Counsel and Proceed Pro Se with Faretta hearing request upon the following by U.S. Mail.

United States Attorney's Office
Southern District of New York
Attn: David R. Felton or Kingdar Prussien
One St. Andrew's Plaza
New York, NY 10007

Respectfully submitted,

By: _____
Anthony Curcio