THE HONORABLE RONNIE ABRAMS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　Plaintiff, )<br>　　　v. )<br>ANTHONY CURCIO, )<br>　　　　　Defendant. ) | No. 24-CR-312<br><br>MOTION TO WITHDRAW AS COUNSEL<br><br>[CLERK'S ACTION REQUIRED] |

　　　Jeffrey Kradel respectfully moves to withdraw as counsel for Anthony Curcio. This motion is based upon a fundamental breakdown in the attorney-client relationship.

　　　Pursuant to Local Civil Rule 1.4 and/or Local Criminal Rule 1.2 , the undersigned counsel respectfully moves for leave of the Court to withdraw as attorney of record for the above-named Defendant.

In support of this motion, counsel certifies as follows:

1. The undersigned currently represents the Defendant in this matter.
2. A breakdown has occurred in the attorney-client relationship such that continued representation is no longer possible. Defendant's Motion to Terminate Counsel is a

MOTION TO WITHDRAW AS
COUNSEL - 1

KRADEL DEFENSE PLLC
1455 NW Leary Way, Suite 400
SEATTLE, WA 98107

reflection of this breakdown. Communications from defendant to undersigned counsel on October 2, 2025, further confirmed the complete breakdown.

3. Withdrawal is sought in good faith and not for purposes of delay.
4. Any additional information can be submitted *ex parte* in order to preserve attorney-client confidentiality.

For the foregoing reasons, counsel respectfully requests that this Court grant his motion to withdraw.

Dated this 6th day of October, 2025.

Respectfully submitted,

s/Jeffrey L. Kradel
WSBA No. 26767
1455 NW Leary Way, Suite 400
Seattle WA 98107
206/397-3102 voice
206/922-5547 facsimile
jeff@kradeldefense.com

MOTION TO WITHDRAW AS COUNSEL - 2

KRADEL DEFENSE PLLC
1455 NW Leary Way, Suite 400
SEATTLE, WA 98107

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY CURCIO

    Defendant.

No. CR24-136 JCC

ORDER PERMITTING WITHDRAWAL OF COUNSEL

[CLERK'S ACTION REQUIRED]

The Court finding that there has been a breakdown in the attorney-client relationship, as evidenced by defendant's Motion to Terminate Counsel and the contents of that motion, it is hereby ordered that Jeffrey L. Kradel is permitted to withdraw counsel for the defendant.

DATED this __8th__ day of October, 2025.

_____
The Honorable Ronnie Abrams
U.S. District Court Judge

ORDER PERMITTING WITHDRAWAL OF COUNSEL - 1

KRADEL DEFENSE PLLC
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
jeff@kradeldefense.com