UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | No. 24-CR-312 |
| ANTHONY CURCIO and IOSIF BONDARCHUK, | ORDER |
| Defendants. | |

RONNIE ABRAMS, United States District Judge:

As discussed at today's conference, trial is adjourned to January 12, 2026. No later than December 11, 2025, any *in limine* motions shall be filed, along with proposed *voir dire* questions, requests to charge, and proposed verdict forms. Any oppositions to those materials shall be filed no later than December 18, 2025. A final pretrial conference is scheduled for January 8, 2026, at 2:30 p.m.

Time is excluded until January 12, 2026, pursuant to the Speedy Trial Act, 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Dated: October 8, 2025
        New York, New York

_____
Ronnie Abrams
United States District Judge