UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>ANTHONY CURCIO,<br><br>         Defendant. | Case No. 1:24-cr-00312-RA |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Martin S. Bell, of the law firm Simpson Thacher & Bartlett LLP, a member of this Court in good standing, respectfully enters his appearance as counsel for Defendant Anthony Curcio in the above-captioned matter and requests that all future correspondence and papers be served upon the undersigned.

Dated: October 16, 2025
   New York, New York

                 Respectfully submitted,

                 */s/ Martin S. Bell*
                 Martin S. Bell
                 SIMPSON THACHER & BARTLETT LLP
                 425 Lexington Avenue
                 New York, New York 10017-3954
                 Telephone: (212) 455-2000
                 Facsimile: (212) 455-2502
                 martin.bell@stblaw.com

                 *Counsel for Defendant Anthony Curcio*