UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>ANTHONY CURCIO,<br><br>                    Defendant. | Case No. 1:24-cr-00312-RA |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Meredith D. Karp, of the law firm Simpson Thacher & Bartlett LLP, a member of this Court in good standing, respectfully enters her appearance as counsel for Defendant Anthony Curcio in the above-captioned matter and requests that all future correspondence and papers be served upon the undersigned.

Dated: October 16, 2025
         New York, New York

                                                  Respectfully submitted,

                                                  */s/ Meredith D. Karp*
                                                  Meredith D. Karp
                                                  SIMPSON THACHER & BARTLETT LLP
                                                  425 Lexington Avenue
                                                  New York, New York 10017-3954
                                                  Telephone: (212) 455-2000
                                                  Facsimile: (212) 455-2502
                                                  meredith.karp@stblaw.com

                                                  *Counsel for Defendant Anthony Curcio*

1