UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>ANTHONY CURCIO,<br><br>　　　　　　　　　　Defendant. | Case No. 1:24-cr-00312-RA |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Patrick K. Barry, of the law firm Simpson Thacher & Bartlett LLP, a member of this Court in good standing, respectfully enters his appearance as counsel for Defendant Anthony Curcio in the above-captioned matter and requests that all future correspondence and papers be served upon the undersigned.

Dated: October 16, 2025
　　　New York, New York

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Patrick K. Barry*
　　　　　　　　　　　　　　　　　　　Patrick K. Barry
　　　　　　　　　　　　　　　　　　　SIMPSON THACHER & BARTLETT LLP
　　　　　　　　　　　　　　　　　　　425 Lexington Avenue
　　　　　　　　　　　　　　　　　　　New York, New York 10017-3954
　　　　　　　　　　　　　　　　　　　Telephone: (212) 455-2000
　　　　　　　　　　　　　　　　　　　Facsimile: (212) 455-2502
　　　　　　　　　　　　　　　　　　　patrick.barry@stblaw.com

　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Anthony Curcio*