# Exhibit A



# heistandhigh

## anthony curcio
### and dane batty

**Foreword by Lee Gruenfeld,**
Author of Confessions of a Master Jewel Thief

USAO_000022701

**Heist and High**
Nish Publishing
PO Box 91630
Portland, OR 97291

Copyright ©2013, Anthony Curcio and Dane Batty. All rights reserved. The material in this book cannot be copied in whole or part in any medium (including into storage or retrieval systems) without the express written authorization of Nish Publishing Company. To request authorization, please contact Nish Publishing Company, PO Box 91630, Portland, Oregon, 97291, USA. Please outline the specific material involved, the proposed medium and, if applicable, the number of copies, as well as the purpose of the use. All trademarks in this book are the property of their respective owners.

Chapter Four contains a quote from *The New York Times* article "When a Drug Addict Isn't Ready to Accept Help" by Paul Christopher, M.D., published on October 1, 2012; reprinted with the permission of Dr. Christopher.

Pictures taken by the Monroe Police Department used by permission of Detective Timothy Buzzell.

United States Attorney statement is from the website [http://www.justice.gov/usao/waw/press/2009/jul/curcio.html]

Cover by Kit Foster, www.kitfosterdesign.com
Interior design by Robin Simonds, Beagle Bay, Inc.

Trade Paperback ISBN: 978-09857945-0-7
eBook ISBN: 978-0-9857945-1-4
LCCN: 2012953647

First Edition
Printed in the USA
18 17 16 15 14 13   1 2 3 4 5 6 7 8 9 10

USAO_000022702

# Six

Anthony and Emily chose a date for the wedding and also decided to buy a house. They decided to build a small custom home in a new development and put down a large deposit. They both found planning the wedding fun, but it was almost overwhelming to do that and all the choices they had to make for the new house.

After the ridiculous furniture thefts ended, Anthony needed a new way to make money, and eBay was the big thing. It was like a giant garage sale. Anthony had a friend who was involved with baseball cards, and Anthony tracked the eBay auctions for them. He watched other auctions, as well. He discovered that older men who were kids in the Fifties and Sixties and grew up idolizing Mickey Mantle or Joe DiMaggio bid on cards that ranged in quality and sold anywhere from $10,000 to well over $100,000. There were cards that sold for over a million dollars! No matter what happened in the economy or stock market, the collectors bought cards. Anyone who could afford a $50,000 baseball card wasn't going hungry anytime soon. The idea that an old piece of cardboard that had been printed to sell with tobacco or bubble gum packages decades ago could be worth that much blew him away.

He scanned in his personal collection and sold the cards on the website. The results were astounding. His Fleer #57 1986-87 Michael Jordan rookie card went for $850. A 1984 Star XRC Michael Jordan rookie card sold for $740. Anthony didn't understand the trading card system, but he decided to learn everything there

was to know about it. For instance, why were there two different rookie cards?

His study of the sports trading cards business at first focused on familiarizing himself with the different valuable time eras in each sport and the many different card makers. New cards weren't of any interest to him. Vintage cards were where the money was. But as Anthony learned more, he discovered that the most important thing wasn't the card's make, year or player—it was the "grading" that mattered. It determined everything. Grading a card determines the worth of the card based on the centering, edges, surface condition and the corners. Each criterion was given a point value on a one to ten scale. The point value determined the worth of the card. It was a cutting edge field and less than a handful of companies were doing it. After working hard to understand all the ins and outs, he filled out an application and paid a fifteen dollar fee. Just like that, Anthony owned a card grading company he called VGS, for Vintage Grading Service.

Anyone familiar with eBay understands the importance of "feedback." Its numbers and ratings have a direct impact on sales you can make from each auction—good feedback means the better buyers will participate in your auction; bad feedback drives them away. Anthony had 100 percent positive feedback and was a power seller.

He purchased large quantities of cards, pulled out the best for selling individually and gave them a good grade, then resold the remainder at one price. He bought ungraded and sold graded. He scoured the country for sources of card collections: the grandma who discovered her husband's collection in their attic collecting dust; a guy in California selling his Willie Mays rookie card to pay the bills; the small card shop going out of business in Utah. He found a 1933 Goudey Babe Ruth off a Yahoo auction (back when they had auctions) for $500. He graded it, then resold it the next day for $1,500. He picked up an ungraded Mantle for $1,500, and turned it around after grading it, for $4,000.

USAO_000022707

People sought Anthony out so they didn't have to pay the higher grading fees from the bigger card grading companies. His website advertised a fee of just six dollars per card. He was doing well and grading as fairly and honestly as possible. After some research, Anthony learned that the major grading companies typically under-graded as much as possible to keep their names valued and respected. Meanwhile, the companies' employees were buying, re-grading and selling on the side differently and making big cash. It was a trend he learned to identify.

Anthony would sit up in his apartment for days running eBay auctions and grading cards. He was still passing classes because he was paying a friend to attend for him. Even though he wanted to go, he could no longer sit still and pay attention. His pill addiction, ADD and OCD, alongside his growing anxiety, made going to class overwhelming. Anthony got a student I.D. with his pal's picture on his WSU I.D. From that point on, Anthony stopped flunking classes due to poor attendance. In fact, the guy who was substituting for Anthony felt it was good enough money that he actually put pride and effort into his "job." Once, he invited Anthony over to show him "our class project." But one day, the friend had to go home to Seattle for a week. Anthony attended—and discovered to his horror that there was a quiz. He struggled through it. When he went to turn in his paper to the teacher's assistant, the man looked at him puzzled and said, "Wait, you're not Anthony." He left quickly after some excuse, then later dropped the 150-person class online.

Anthony was so busy, he even tried hiring someone to buy his pills for him. The problem with teaching someone how to forge prescriptions was that sooner or later it would go to hell since they eventually got addicted themselves and disappeared. Or the pharmacist receiving the scrips would start to question the amount of pills being dispensed. He didn't really mind going out and getting the pills himself. It gave him a break in the action and got him out of the apartment for a while. The one thing that Anthony had going

for him was his appearance. He didn't look like a drug addict, and it made him wonder what a real drug addict looked like.

> "Prescription drug users are your judges, your police officers, your professional athletes, your bosses, your coworkers, entertainers, your pastor, his wife, your wife, your kid's school teacher and even you. The only thing worse than you being a drug addict is when your child is a drug addict."
> —Anthony

Anthony would typically drive to Spokane or Seattle in an all-day trip, with his route to various pharmacies pre-planned and set up on MapQuest. He turned in fictitious prescriptions from doctors or dentists to drugstore chains, a major wholesaler and even a mom and pop pharmacy. He often submitted the scrips sporting a pair of crutches, a cast, or cotton balls for the pulled wisdom tooth. Later, he'd circle back to the first one for the pickup and follow the same route. If the pharmacy had some reason such as, "We didn't have time to fill it just yet," or "we're almost done, just wait one minute," then he simply left—although that rarely happened. After numerous trial and error situations, he discovered that no cop would wait five hours hiding in the parking lot for a prescription-forging addict to return. Usually if he dropped off ten prescriptions, he'd get ten filled, and on a good day he'd be driving to Pullman with 500-plus pills. The problem was that was less than a two-week supply.

There were phases where he was reckless and almost wanting to get caught. He'd see how many famous names he could use to fill prescriptions, and it got to the point where it would piss him off how careless the pharmacies were. He'd use names like Bill Clinton and George Clooney, but the scrip would be filled all the same. The worst that would happen was the counter person joking, "You probably get this all the time, but I've never filled for someone famous before." Then they would laugh together. Anthony always noticed the signs posted all around the pharmacy stating: "We verify

USAO_000022708

all controlled substances," and "Must show valid I.D." His I.D. was never verified. Anthony would think to himself *They should add: "We check, but only if you look like a drug addict."*

Just as the gambling tables started with a bang, so did the cards. Anthony was making fairly good money, and to a college kid, he was making "killer cash" and loving it. But it wouldn't last much longer.

Anthony purchased a nice, under-graded in his opinion, PSA-5 '52 Mantle for $12,000. The money was transferred out of his PayPal account to the seller, who sent him the card. It was, indeed, under-graded. Anthony re-graded the Mantle to a VGS 6.5, and put it up for auction starting at $15,000. It didn't sell. He relisted the card over and over, dropping the price each time, but still no sale. After a few weeks, the auctions ran out.

That's when he got an email from a supposedly wealthy Canadian businessman saying, "Hey, you still got that '52 VGS 6.5? I'll give you $18,000 for it. That's $3,000 more than asking, but I need it shipped before I leave."

Anthony replied, "Still got it. Send me the money and it's yours. I'll mail it out tomorrow."

The next day, he checked his account and found the expected $18,000. The buyer description didn't have an address since it was in Canada. The account was listed as unconfirmed. That usually meant the credit card used in PayPal was different than the shipping address. There are risks when sending to unconfirmed addresses, but Anthony had $18,000 just sitting in his account that had cleared PayPal. He mailed out the card as promised and sent a message, "Mailed her out, and here is the tracking number." Within minutes he received a thank you reply.

Anthony tracked the card as it left the United States. Just as it cleared customs, he checked his PayPal account. The money had disappeared. The transfer had been cancelled and reversed. He called the buyer—who didn't answer—the Post Office and PayPal, to no

avail. After some research and a few more calls, he found that the "buyer" had found a way to steal nearly half a million dollars worth of eBay auctions in less than seven days. eBay wouldn't help since Anthony had sold the card outside of their auction. The internet seemed like a different country to local police. He felt it was outrageous that PayPal would allow this sort of behavior, but they didn't help. The Canadian authorities didn't seem to care either. His only option was to leave a complaint on some stupid FBI website. He received an automated response.

Anthony became obsessed with getting his money back. That $12,000 was most of his bankroll. Anthony figured the guy could resell or dump the card somewhere later for $6,000, so he looked for it online. It didn't turn up. Stressed out, he took enough pain killers in that week to put him into a mild overdose several times each day. Most of the other people the fraudster stole from were all selling relatively small in size but high dollar items—like baseball cards. Anthony tried to get the other victims to band together so they could find a way to get the guy. But nobody seemed to care as much as Anthony. They all seemed to get over it. He had trouble getting over anything. The fraudster had gotten Anthony, but he had underestimated his victim.

Anthony used another student's debit card and address, and set up new eBay and PayPal accounts at the college student library. Using an unlinked email account, he set up a fake auction for a PSA-8 '52 Mantle for sale with a bottom price of one cent. He didn't think anyone would believe it, since his new seller account and his fake grading company didn't have any feedback. The following morning he checked the auction, and sure enough there were bids of $4,000 in the morning and $8,000 by noon. Two days later, he emailed the high-dollar bidders offline and said, "Trying to sell this thing offline to save on eBay fees. Still protected through PayPal. Let me know if you're interested." By the end of the week, $20,000 had cleared PayPal. Anthony hired a friend to walk into

USAO_000022709

the bank and withdraw his money. He drove to a Moscow Post Office, bought insurance for $20,000 on a shitty baseball card worth fifty cents and put the card in the mail. He split the loot with his friend. He was pleased that he'd made back the money he had lost and placed the "victim" tag on someone else. No one came after him about the card, so he never got caught. He really only cared about himself, and nobody else mattered in his addicted mind.

Anthony continued to grade cards, but it was never the same. That $20,000 made in less than one week changed everything. Seeing the crisp bills on his coffee table, was enough to change his attitude toward his business. Anthony lost all respect for the value of the dollar.

That's when he took his card business to a whole new level. He started trimming cards for better centering. Then he learned how to improve color-fixing without detection. Using coffee grounds, he yellowed the card, making it appear aged. All of these methods allowed him to improve the grade on quite ordinary, cheap cards. He discovered how to open sealed card cases and reseal them without any outward appearance of tampering. That allowed him to change the grade of other, well-known, companies' cards. He could re-grade a PSA-4 Mantle to a PSA-7. He would make the barcode reflect the change while trimming.

Right in the middle of modifying some cards Anthony got an email:

"Hey, you still got that PSA-rated Mantle? I'll give you $12,000 for it. That's $2,000 more than asking but need it shipped before I leave."

*Holy shit!* Anthony knew it was the fraudster. He could also see that the guy was bidding on roughly $400,000 worth of auctions. This time, his address was posted with a suite number. Anthony knew he had a chance to catch the guy before he split again. He carefully crafted a three-line email that would convince this ghost that Anthony was on to him. He offered a one-time "make this right before I do" deal. It was a shot in the dark, but it hit the target.

The guy sent Anthony an AOL instant message saying, "What do you want?"

Anthony replied, "The money you took from me."

"I'll send the card back," he replied, "and I'll put in other stuff. Trust me, it will be worth it."

Sure enough, a few days later there was a package in Anthony's P.O. box that contained the '52 Mantle, but there were also '52 Topps Mantle rookie cards that were all identical. They were the finest counterfeits Anthony could imagine.

Over the next few months, Anthony sold the exact same card over and over, using many different accounts. In this time, Anthony contributed heavily to flooding the market with what was called the "Reprint Mickey Mantle." But the same scam was going on with the Fleer Jordan Rookie that he had nothing to do with. The fraudster sent more identical Mantles every month. Eventually, he explained that he had in his possession an old printing press that had been taken from a baseball card printing company in the Eighties. The printing wasn't a problem—it was finding the card stock sheets. He also needed to acquire the highly graded cards to replicate.

Then Detective Carl Bell showed up at Anthony's doorstep. He'd been sent to investigate a replica baseball card that someone purchased from Anthony. They weren't happy with the grade that VGS gave the card. Apparently, they'd gotten suspicious and had sent it to PSA for a re-grade. PSA saw the fraud and returned it to the owner with an explanation. Detective Bell had been told what to look for, but it was clear to Anthony that he didn't know much. To the untrained eye, it's very difficult to detect a counterfeit.

Anthony sat Detective Bell down and showed him the finest in sports memorabilia, his license and explained his legal process. Bell left seemingly convinced VGS was a legitimate sports memorabilia dealer. Anthony was reminded of one thing that day: never to do anything in his own name again.

USAO_000022710

==He had avoided prosecution, but it wasn't long before every eBay and PayPal account was shutdown. He received a letter signed by eBay president Meg Whitman banning Anthony from their website for life. Any computer he had ever used to access those programs was shut down. His mom's account, Emily's brother's account and Emily's account were all shut down . . . . And of course he had an explanation for all of it.==

==They shut down his accounts,== but not before he took his money and spread it into all kinds of illegal activities where there were no rules and no regulations to shut him out. He "invested" in financing drug dealers and selling stolen merchandise. Things quickly got way out of control. Anthony had a gun pointed in his face more than once. He made retribution on a drug dealer when his investments weren't repaid. He wasn't a tough guy, but he was acting crazy. This intimidated even the tough guys he was dealing with. Mixing drugs and very illegal activities doesn't usually end well, and Anthony was high and spending money as if it were free. Meanwhile, his skin was turning a yellowish-green as if his body was dying from the inside out. He didn't care for his life. He needed help again.

> "Most of Anthony's free time was spent watching 'The Sopranos' and movies like 'Casino' or 'Blow.' I watched them too and thought, 'Wow that was depressing. Their lives sucked.' I didn't know it at the time but instead of feeling disgusted or sad, Anthony wanted to emulate what he saw. It's like he was in another universe. His drug-addicted perception of reality was very different than that of a sober person."
>
> —Emily

People he'd taught his illegal techniques to started getting busted. A friend was arrested for turning in a fake prescription. When the police went to his house, they found he'd been growing weed. Another friend was arrested in Spokane for internet crimes

stemming from Anthony's card reprints. He kept calling Anthony wanting to talk and demanding money. Anthony turned his back on him after seeing him meeting with agents in an unmarked car in downtown. He was afraid the rats would bring the dogs.

Anthony felt he was going to die if he didn't get off the pills. Figuring he could just stay drunk for a few days to keep the withdrawal symptoms and shaking away, he decided to go to Vegas with a few friends. What a perfect place to get clean. *I'll distract myself with the most exciting place on Earth, Sin City, with all the booze I could ever need.* On the second night there, Anthony was kicked out of a nightclub. When his friends woke him up the following afternoon, he was confused to find himself in a recliner at Cheetah's strip club, his clothes soaked through with sweat.

They took him back to their top floor hotel room. He discovered a basketball-sized hole in one of the windows.

"Don't you remember, man?" his friend said with a laugh. "You threw a chair at it."

"You OK? You don't look so good," said the other.

Anthony realized he'd blacked out the last twelve hours. The shakes were so bad that he wanted to die. His friends knew something was wrong but didn't know the extent of his problem. He felt as if his body was dead and couldn't move, but his mind was wide awake. Then the feeling reversed: he felt that his mind was dead but his body was wide awake. Everything he didn't want to feel, he felt. Nothing was still. It was the polar opposite of peace.

Anthony flew home deep in withdrawal. He sat in the narrow airline seat involuntarily crying, and breaking into full sweats. He demanded that his friends bundle him up in their jackets, then the next moment he threw everything off because he felt his blood was boiling hot. He was scaring the other passengers and was moved to the back of the plane. The stewards thought he was on drugs, so they wouldn't serve him any alcohol. To say his friends were embarrassed to know him was an understatement.

USAO_000022711

Seven

he was worried about getting robbed. I handed over a PSA Mantle that I had broken into and resealed and watched him inspect it. Then he makes a call—which I thought at first was to the police. A friend of his appeared, who had apparently been standing only a few feet from us. He handed the man an envelope of cash. The collector told me how happy he was, then gave me his business card and the envelope."

—Anthony

Anthony was borderline broke with the house and no bank roll, so instead of looking for a legitimate job he decided to put this new scheme into place. In order to close the trust gap with buyers online, Anthony decided to start an escrow company that would insure high-dollar transactions. He used a law firm name that was on the Better Business Bureau website. At that time, many companies listed on the BBB's website didn't have any contact information, which made it easy for criminals like Anthony to piggyback on their reputation. It looked for all the world as if Anthony's new escrow company was owned and operated by two of Seattle's finest attorneys. For a small fee, they could be hired by the buyer after the auction had ended to insure the purchase and remove the risk. They would refund your money if you were not satisfied. Considering there were no escrow companies active online, he purchased some key words to make the company come up at the top of all the search engines. Then he'd recommend to his buyers that they look for an escrow company online. All the websites and internet payments were completed with new bank cards and accounts in the names of his newly hired attorneys Ken Williams and Jeff Thomas. Anthony used two different pictures of himself to create their identities. He even had their legal history available on the website. Anthony thought he was pretty cutting edge.

Anthony knew the scheme was a temporary fix to his financial troubles. He was worried about staying one step ahead of the

103

USAO_000022716

# About the Authors



Anthony Curcio (right) served his Federal Prison sentence in Texas and Florida and was released in April of 2013.

Dane Batty (left) is a technical writer, biographer and designer. His last book was the award-winning *Wanted: Gentleman Bank Robber. The True Story of Leslie Ibsen Rogge, One of the FBI's Most Elusive Criminals*. He is a proud husband and father of two and holds an MBA from George Fox University. He lives near Portland, Oregon.

275

USAO_000022719



**True Crime/Addiction**                                              $15.95

The media called him "D.B. Tuber" and the "Craigslist Robber." They said the heist was like "The Thomas Crown Affair" and the robber was "a modern day Robin Hood stealing from the rich." He was the talk of the town and even national media.

The detective who caught him said the robbery had "all the preparation of a top-notch heist by an experienced criminal."

Anthony Curcio got away with over $400,000 and went to Vegas... then got caught and put in prison. But how did an all-American high school football star, a kid with a sure shot at being an all-star college wide receiver, and maybe even fulfilling his dream of going to the NFL, end up robbing a Brink's armored truck?

Prescription painkillers.

"Prescription drug users are your judges, your police officers, your professional athletes, your bosses, your coworkers, entertainers, your pastor, his wife, your wife, your kid's school teacher. . . and even you."

Heist and High is the story of Anthony's descent from a life full of promise into the hell of prescription drug addiction, the destruction it caused, and his willingness to do anything- even rob an armored truck- for what he thought would be that one last fix.

"The best books teach us something new about something we thought we knew, and do it in a way that captivates us so thoroughly we don't even realize we're learning something. These books change our worldview, usually in subtle ways, short-circuiting our preconceptions and forcing us to think rather than simply react. So it is with the book you're about to read." - author Lee Gruenfeld *(From the foreward)*



Anthony Curcio served his Federal Prison sentence in Texas and Florida and was released in April of 2013.

Dane Batty is a biographer and designer. He is the author of the award-winning book *Wanted: Gentleman Bank Robber.*



Portland, Oregon
www.NishPublishing.com

X004FS6A3F

Heist and High
Used - Very Good