UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ANTHONY CURCIO,<br><br>        Defendant. | Case No. 1:24-cr-00312-RA |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Gineen Khaled Abuali, of the law firm Simpson Thacher & Bartlett LLP, a member of this Court in good standing, respectfully enters her appearance as counsel for Defendant Anthony Curcio in the above-captioned matter and requests that all future correspondence and papers be served upon the undersigned.

Dated: January 5, 2026
   New York, New York

                  Respectfully submitted,

                  */s/ Gineen Khaled Abuali*
                  Gineen Khaled Abuali
                  SIMPSON THACHER & BARTLETT LLP
                  425 Lexington Avenue
                  New York, New York 10017-3954
                  Telephone: (212) 455-2000
                  Facsimile: (212) 455-2502
                  gineen.abuali@stblaw.com

                  *Counsel for Defendant Anthony Curcio*