# EXHIBIT 1

REDACTED

REDACTED

# REDACTED