# EXHIBIT 3

REDACTED

# REDACTED