# EXHIBIT 4

REDACTED