# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

Direct Dial Number | E-mail Address
+1-212-455-2542 | martin.bell@stblaw.com

January 10, 2026

<u>BY ECF & EMAIL</u>

Re:   *United States v. Anthony Curcio*, 24 Cr. 312 (RA)

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Abrams:

    We represent Anthony Curcio in the above-captioned matter, trial of which will commence on January 12, 2026. We write, per our representation at the January 8, 2026 final pretrial conference, to alert the Court to those witnesses who appear on both Mr. Curcio's witness list and the Government's. This is to aid the Court in granting Mr. Curcio some appropriate leeway on the scope of his examinations to those witnesses, so that Mr. Curcio will not need to call them to the stand separately at a later point.

    The witnesses who appear on both lists are:

- Joseph Baudo
- Special Agent Christopher Campbell
- Jackie Curiel
- Ryan Dills
- Remington Ewald (cont'd)

BEIJING   BOSTON   BRUSSELS   HONG KONG   HOUSTON   LONDON   LOS ANGELES   LUXEMBOURG   PALO ALTO   SÃO PAULO   TOKYO   WASHINGTON, D.C.

Simpson Thacher & Bartlett LLP

The Honorable Ronnie Abrams -2- January 10, 2026

- Matthew Greaney
- Sean McMillan

          Respectfully submitted,

          */s/ Martin Bell*
          Martin Bell
          Meredith Karp
          Patrick Barry
          Nicolas Lussier
          Wendy Wu
          Gineen Abuali