

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 11, 2026

**BY ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *United States v. Anthony Curcio*, 24 Cr. 312 (RA)

Dear Judge Abrams:

  The Government respectfully submits this letter in response to the defendant's letters proposing limiting instructions relating to refund evidence and the biography evidence. (Dkt. 76, 77). The Government does not object to the Court providing contemporaneous limiting instructions for this evidence. However, the Government respectfully proposes that the Court use the following language instead of that proposed by the defendant.

  **Refunds.** You have heard testimony about a potential refund offered to a customer who expressed concern about one or more cards he purchased from Mr. Curcio. I am instructing you that a refund cannot be considered evidence that Mr. Curcio had good faith. This is the case because, under the law, if you find that the defendant acted with the intent to defraud at the time a sale occurred, the defendant's subsequent willingness to give a refund does not change the fact that the defendant acted with intent to defraud in the first place.

  **Biography.** You have heard evidence from Mr. Curcio's biography that on earlier occasions, the defendant engaged in conduct similar in nature to the conduct charged in the Indictment. You may not consider this evidence of similar acts as proof that Mr. Curcio has a criminal personality or bad character or as a substitute for proof that Mr. Curcio committed the crimes charged. This evidence was introduced by the Government for a more limited purpose, namely, proving the defendant's motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake, and lack of accident with respect to the charged offenses. You can

also consider the evidence as background information.  You may not consider such evidence for any other purpose.

                        Respectfully submitted,

                        JAY CLAYTON
                        United States Attorney

by:   /s/_____
       David R. Felton
       Kingdar Prussien
       Cecilia Vogel
       Assistant United States Attorneys
       (212) 637-2299/-2223/-1084

cc:    All counsel of record (by ECF)