# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

| Direct Dial Number | E-mail Address |
|---|---|
| +1-212-455-2542 | martin.bell@stblaw.com |

January 18, 2026

<u>BY ECF & EMAIL</u>

Re:   *United States v. Anthony Curcio*, 24 Cr. 312 (RA)

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Abrams:

  We represent Anthony Curcio in the above-captioned matter. We write to let the Court know that the Government has agreed to let witness Brian Jones testify remotely, and therefore we no longer have a related application.

  As always, we thank the Court.

              Respectfully submitted,

              */s/ Martin Bell*
              Martin Bell
              Meredith Karp
              Patrick Barry
              Nicolas Lussier
              Wendy Wu
              Gineen Abuali