**From:** Matt Greaney <matt@myslabs.com>
**Sent:** Friday, December 19, 2025 10:53:13 AM
**To:** Campbell, Christopher J. (NY) (FBI) <cjcampbell@fbi.gov>
**Subject:** [EXTERNAL EMAIL] - Fwd: FW: Jordan PSA 10

Curcio interaction on matt@myslabs account

Matt Greaney
COO
MySlabs.com


---------- Forwarded message ---------
From: **Matt Greaney** <matt@myslabs.com>
Date: Thu, May 4, 2023, 2:34 PM
Subject: FW: Jordan PSA 10
To: Roxanne Ghezzi <rghezzi@collectors.com>


Hi Roxanne. This is in regards to the Anthony Curcio issue. We try to play multiple angles to extract information so if it looks like we change course its to gain trust or pressure for information. I'll attach additional information to this as well.


Matt Greaney

Operations Manager

(978) 361-7644






Government Exhibit 4437
24 Cr. 312 (RA)

1

USAO_000028784

**From:** Matt Greaney
**Sent:** Thursday, May 19, 2022 2:35 PM
**To:** jneb208@gmail.com
**Subject:** FW: Jordan PSA 10

Matt Greaney

Operations Manager

(978) 361-7644



**From:** Matt Greaney
**Sent:** Wednesday, May 18, 2022 3:54 PM
**To:** Anthony Curcio
**Subject:** Re: Jordan PSA 10

Hello Anthony. We just received notification that the payment cleared. Obviously we need this matter wrapped up as soon as possible please before it gets messier.

Matt Greaney
Operations Director, MySlabs LLC
978-361-7644

On Mon, May 16, 2022, 8:41 PM Anthony Curcio <anthony@acurcio.com> wrote:

> Matt,

USAO_000028785

I want you to know my frustration with this entire thing does not fall on you. I love your site, I appreciated the way you handled this whole thing, but I am very, very frustrated right now.

I've had enough of the grading industry in general and the unfairness of it all. It's obvious.  It's no different than anything else where money is to be made.

So, I'm demanding to be a part of whatever the hell they are planning on doing, and yeah, it is because I don't trust them.

We all have people who know people, and I've heard a few things about even those cc'ed in that group email. I can be reckless and I could give a shit about a lawsuit but my word is golden.

I will make sure Josh is all good. He will get every penny back from paypal, they just take forever.

I am just mad. Really mad.  I will absolutely turn this into a one hour special on card grading, and PSA doesn't want that because that hurts them, well there lack of security measures, hurts me and my family so this is my stance. I refuse to send them anything at the moment.

Maybe I need to cool off some, probably the case but put yourself in my shoes.

Anyways, just wanted you to know, I have nothing but respect towards you, and also have no desire to ever put myslabs in bad light (regardless of my membership status lol).

Anthony

Sent from my iPhone

On May 16, 2022, at 12:45 PM, Matt Greaney <matt@myslabs.com> wrote:

3

USAO_000028786

Hi Anthony. I'm not sure if you've been following along but several PSA reps are in the other email chain. Are you familiar with the process at all?

Matt Greaney
Operations Director, MySlabs LLC
978-361-7644

On Sun, May 15, 2022, 8:33 AM Matt Greaney <matt@myslabs.com> wrote:

> Sure. I don't see why not. In regards to your local shop owner, he probably did not have a clue. That appears to be a fairly well made flip and I believe the Jordan is real, just not a gem mint example. Some of the gloss in one of your images doesn't look right but the card looks spot on otherwise. The only thing on the front that's questionable minus the missing yellow on the bottom left hand corner of the border is the edges. They're far too clean and if you look at PSAs images in their database the card has the old frayed factory cut edges, typical of older cards. I'll help you out however I can here, just let me know. I'm trying to have one of my guys dig up the images from social media but I had the discussion in our welcome forum deleted and the other discussion that I know took place was in a private Instagram sports card room called The Boardroom, which is typically several hundred of the "who's who" in the industry, and a bunch of onlookers. I'm not sure screenshots/grabs are available in there as I don't go in that crap. My partner was alerted to the issue and was let in by a friend to defuse the situation. I'm going to connect you shortly with a gentleman from PSA who can help you out. We appreciate your time,
>
> Matt Greaney
> Operations Director, MySlabs LLC
> 978-361-7644
>
> On Sun, May 15, 2022, 3:24 AM Anthony Curcio <anthony@acurcio.com> wrote:
>
>> Yes please do set me up with psa ppl. Can we work remote, on this while I do what I need to do?
>>
>> Sent from my iPhone

4

USAO_000028787

On May 14, 2022, at 8:41 PM, Matt Greaney <matt@myslabs.com> wrote:

Hey Anthony. Josh did not say anything publicly. How the gentlemen on IG knew he was the buyer is not known however they did not say he was even aware of the situation. The original listing on eBay and MySlabs with the blacked out data started countless discussions on the legitimacy of the listings (which is why our terms of use state serial numbers, etc must be visible). The card then selling for 170 caused some side eyes in the industry, then some speculation, then people started digging into old sales which included the images of another card with the same serial number in the PSA database with the auction listings. Josh has been extremely casual about the whole thing, except for the last message where he appeared to be getting worried. I will set up you up with our PSA connects if you like. I'll forward the information they send back as well.

Matt Greaney
Operations Director, MySlabs LLC
978-361-7644

On Sat, May 14, 2022, 11:31 PM Anthony Curcio <anthony@acurcio.com> wrote:

I'd like to see these 'posts' you talk about and also what Josh says in them or what other people are saying in them as this is all news to me and if my background has come in play or not should be interesting... but if people think I need this transaction to go through or am trying to get over on someone else, they have another thing coming.

Josh may be in a position to purchase, and may have a tech company he sold, but other people have money.

I spoke with Josh as mentioned, told him I would refund the money and planned to send the card off to psa. That will take care of he and I. If this card comes up to

5

USAO_000028788

something other than what it's suppose to be, I will be dealing with the ppl who sold it to me, as one was owner but absolutely more than one seller.

Remember all of it, being encouraged to buy it and anyways, I want to see these posts as well, bc I'm sitting on roughly a million dollars in sports cards, most acquired through the same channels and guys like me, I don't go to the police.

Anyways, I would like any info you have- I'm not home is the problem, so there is a delay on photos but I will ask for a bunch. I have other cards, just not sure where to start, but looking at what was acquired during that time. Was 2019.

Sent from my iPhone

> On May 14, 2022, at 6:18 PM, Matt Greaney <matt@myslabs.com> wrote:

> Hi Anthony. Keep in mind we're only getting updates from him up until now. If you wouldn't mind reaching out to him that would be great. I think your Jordan might be real but I'm not sure about the flip to be honest. I have a couple friends at PSA looking into it. If you pull up the cert history of your slab it has 2 previous sales, both the same card through auction houses but they don't match your example. Whatever the issue is I'm sure it's easily reconcilable but contact between you two is key as this is already a social media issue (individuals saw the sale and assumed something funky was up because of the price). We put out fires on

6

USAO_000028789

Instagram over it last night and a few individuals "knew the buyer" (although he hasn't said anything) so we're just trying to keep this from escalating. I hope you understand. We do not think you've done anything dishonest.

Matt Greaney
Operations Director, MySlabs LLC
978-361-7644

On Sat, May 14, 2022, 9:02 PM Anthony Curcio <anthony@acurcio.com> wrote:

Sent from my iPhone

On May 14, 2022, at 1:39 PM, Matt Greaney <matt@myslabs.com> wrote:

Hello again Anthony. Please reach out to the buyer ASAP. He is now contacting us stating you have gone silent since the payment

7

USAO_000028790

cleared. We need to clear this up as quickly and cleanly as possible.

Matt Greaney Operations Director, MySlabs LLC 978-361-7644

On Sat, May 14, 2022, 3:47 PM Matt Greaney <matt@myslabs.com> wrote:

Hello again Anthony. We're trying to reach out to you to figure out the next steps that need to be taken. We're waiting on some information back

8

USAO_000028791

from PSA but it looks like the card and/or flip are not correct. Are you able to track where you got this from?

Matt Greaney Operations Director, MySlabs LLC 978-361-7644

On Sat, May 14, 2022, 1:13 AM Matt Greaney <matt@myslabs.com> wrote:

Can you forward us close ups ASAP? We've

9

USAO_000028792

been in contact with the buyer and they're waiting for the images before making a determination on what to do next.

Matt Greaney
Operations Director,
MySlabs LLC
978-361-7644

On Sat, May 14, 2022, 12:27 AM Matt Greaney <matt@myslabs.co

USAO_000028793

m>
wrote:

Hey Anthony, there appears to be an issue with the Jordan. We've been going through some historical data and your card was sold twice previously. The problem being is that it does not have some of the same markings and

11

USAO_000028794

bleeds that the previous sales do, in particular the yellow bleed tell. Also, the back centering is off.

Matt Greaney Operations Director, MySlabs LLC 978-361-7644

On Fri, May 13, 2022, 9:06 PM

12

USAO_000028795

Anthony Curcio <anthony@acurcio.com> wrote:

Hey Matt, appreciate you reaching out! I have absolutely LOVED myslabs since I first joined (8 months or so ago). I tell people about the site constantly- as it's saving everyone a combined 25%. You guys created a win-win, which is rare for a business to do so thank you!

As of the moment, the transaction is kind of in limbo, as PayPal is processing Josh's 'echeck'. Which they said will clear next week, and then I should ship card.
However, both buyer and I have been talking about a potential 21 day "lock" on funds that Paypal says it will do when there is a spike or irregularity in purchasing and/or selling. Both the buyer and myself have spoken with PayPal about this, and I've made it clear that I don't feel comfortable sending item until 'actually' receiving the funds (to our bank account, etc).

So that is the update as of today. A side note which maybe will help explain this (outside of it being a large amount of money), is despite having all positive feedback transactions for nearly a decade with both eBay and PayPal, I will never forget what happened in 2010.
I sold a 1952 topps Mickey Mantle rookie card psa 5 on eBay. I received payment via PayPal, I waited until funds cleared to my bank account and then I shipped the item to the buyers confirmed

USAO_000028796

address.

The very day that the item was delivered, my PayPal account went into negative ($-22,000), and they updated the 'processed' transaction to 'Paypal Payment Reversal'. I freaked out, tried to disconnect my bank from PayPal but it didn't matter. My wife and I, called the bank, anticipating what would happen, PayPal was not at all helpful, the reps had no clue what or why it was happening but it did. They took the money right back out of the account, and absolutely assisted that ficticous buyer to steal $22,000 from us. Making a very difficult time, about 10x as bad. We had to borrow money from family, and it was just messed up. All of our eBay accounts and also PayPal accounts were also suspended?! My wife's mom had an account, that was suspended as well.

Not long after, we realized just how many people this happened too. There were websites dedicated to a class action lawsuit and thousands of people enraged. Not a damn thing ever happened that I know of.

So... here I am again... many years later... a lot more at stake and I told the buyer, I understand where he wants the card, and we have agreed that if that 21 day lock does happen, I will be refunding the entire amount and we will be meeting in person to finalize the transaction.
Obviously, we are both crossing our fingers, but I'm not a millionaire and I'm also not 'making' 170k on this card (or even close to that), so ANY advice is greatly appreciated.

All of this information has been shared with the buyer and also PayPal, so feel free to discuss.

14

USAO_000028797

Appreciate you and all the people on your team at myslabs! Have a good weekend.

Anthony

Sent from my iPhone

> On May 12, 2022, at 6:18 AM, Matt Greaney <matt@myslabs.com> wrote:
>
>
> Hi Anthony. Congratulations on the purchase! I'm just contacting you to see if PayPal gave you any trouble due to the size of the transaction and make sure everything went smoothly? We appreciate you giving us a shot!
>
> Matt Greaney
> Operations Director, MySlabs LLC
> 978-361-7644
>

15

USAO_000028798