Hi Matt.  Hi Anthony.  Yes, unfortunately, I can confirm that the label is not authentic.  Someone from our Customer Request Center will reach out to you shortly to discuss next steps.

Dave

On Mon, May 16, 2022 at 8:34 AM Matt Greaney <matt@myslabs.com> wrote:

> Hi Anthony. David just confirmed in another email and I've asked him to confirm here as well, the flip is not an authentic PSA flip.

GOVERNMENT
EXHIBIT
4402
24 Cr. 312 (RA)

Matt Greaney
Operations Director, MySlabs LLC
978-361-7644

On Sun, May 15, 2022, 6:24 PM Anthony Curcio <anthony@acurcio.com> wrote:

Hey David,
Sorry to bother you again, but I've thought more about this, curios if I have my wife ship this down to you guys, what is the turnaround time? How long until I get answers on what's going on with it?

I realized, without first having it go to you guys, getting an accurate conclusion here- I can't make a move.

So let me know,
Thanks

Anthony

Sent from my iPhone

> On May 15, 2022, at 7:23 AM, Matt Greaney <matt@myslabs.com> wrote:
>
>
> Hi David. I'd like to introduce you to Anthony. He's the gentleman with the Jordan we spoke about previously. He's asked me to connect the two of you to try and get some insight into the situation and hopefully resolve the issue by working with you.
>
> Matt Greaney
> Operations Director, MySlabs LLC
> 978-361-7644
>

USAO_000028862