GOVERNMENT
EXHIBIT
4437
24 Cr. 312 (RA)

On
Fri,
May
13,
2022,
9:06
PM

USAO_000028795

Anthony Curcio <anthony@acurcio.com> wrote:

Hey Matt, appreciate you reaching out! I have absolutely LOVED myslabs since I first joined (8 months or so ago). I tell people about the site constantly- as it's saving everyone a combined 25%. You guys created a win-win, which is rare for a business to do so thank you!

As of the moment, the transaction is kind of in limbo, as PayPal is processing Josh's 'echeck'. Which they said will clear next week, and then I should ship card.
However, both buyer and I have been talking about a potential 21 day "lock" on funds that Paypal says it will do when there is a spike or irregularity in purchasing and/or selling. Both the buyer and myself have spoken with PayPal about this, and I've made it clear that I don't feel comfortable sending item until 'actually' receiving the funds (to our bank account, etc).

So that is the update as of today. A side note which maybe will help explain this (outside of it being a large amount of money), is despite having all positive feedback transactions for nearly a decade with both eBay and PayPal, I will never forget what happened in 2010.
I sold a 1952 topps Mickey Mantle rookie card psa 5 on eBay.  I received payment via PayPal, I waited until funds cleared to my bank account and then I shipped the item to the buyers confirmed

13

USAO_000028796

address.

The very day that the item was delivered, my PayPal account went into negative ($-22,000), and they updated the 'processed' transaction to 'Paypal Payment Reversal'. I freaked out, tried to disconnect my bank from PayPal but it didn't matter. My wife and I, called the bank, anticipating what would happen, PayPal was not at all helpful, the reps had no clue what or why it was happening but it did. They took the money right back out of the account, and absolutely assisted that ficticous buyer to steal $22,000 from us. Making a very difficult time, about 10x as bad. We had to borrow money from family, and it was just messed up. All of our eBay accounts and also PayPal accounts were also suspended?! My wife's mom had an account, that was suspended as well.

Not long after, we realized just how many people this happened too. There were websites dedicated to a class action lawsuit and thousands of people enraged. Not a damn thing ever happened that I know of.

So... here I am again... many years later... a lot more at stake and I told the buyer, I understand where he wants the card, and we have agreed that if that 21 day lock does happen, I will be refunding the entire amount and we will be meeting in person to finalize the transaction.

Obviously, we are both crossing our fingers, but I'm not a millionaire and I'm also not 'making' 170k on this card (or even close to that), so ANY advice is greatly appreciated.

All of this information has been shared with the buyer and also PayPal, so feel free to discuss.

14

USAO_000028797

Appreciate you and all the people on your team at myslabs! Have a good weekend.

Anthony

Sent from my iPhone

> On May 12, 2022, at 6:18 AM, Matt Greaney <matt@myslabs.com> wrote:
>
>
> Hi Anthony. Congratulations on the purchase! I'm just contacting you to see if PayPal gave you any trouble due to the size of the transaction and make sure everything went smoothly? We appreciate you giving us a shot!
>
> Matt Greaney
> Operations Director, MySlabs LLC
> ▮▮▮▮▮▮▮▮
>

15

USAO_000028798