# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

Direct Dial Number
+1-212-455-2542

E-mail Address
martin.bell@stblaw.com

January 24, 2026

BY ECF & EMAIL

                Re:    *United States v. Anthony Curcio*, 24 Cr. 312 (RA)

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Abrams:

      We represent Anthony Curcio in the above-captioned matter, trial of which will commence on January 12, 2026. We write to seek clarification regarding the Court's *in limine* ruling regarding those instances in which Mr. Curcio offered or gave refunds to discontented purchasers of his cards.

      The Court earlier ruled that evidence of those refunds is not admissible as proof that Mr. Curcio acted without intent to defraud. The Court has instructed the jury accordingly, and we expect the Court to do so again. (*See*, *e.g.*, Tr. 712, Jan. 20, 2026 Draft Charge at 15). We have followed that ruling, and we will continue to follow it.

      We do believe that there is a separate argument to be made involving the refunds that steers well clear of this ruling. At various times, including through some of the charts that it explored with Jackie Curiel of PSA, the Government has illustrated similarities between the ways in which certain cards were allegedly treated, presumably with the aim of arguing those similarities as evidence of a common, uniting scheme or *modus operandi*. We believe that we are many differences in the various card fact patterns, and we would like to be able to argue these in response in order to negate the inference that they were part of some common scheme. Among those differences one can observe, based on the trial record, is that sometimes refunds were offered to discontented buyers, and sometimes they were not.

      This difference stands separate and apart from any intimation that the refunds were proof of good faith. We do not expect it to draw an objection, as it does not run afoul of the Court's ruling. We expect to mention it but once, amongst a litany of other differences. But

Simpson Thacher & Bartlett LLP

The Honorable Ronnie Abrams

-2-

January 24, 2026

in order to avoid an objection that would interrupt the flow of closing arguments, we front it for the Court's consideration.

    As always, we thank the Court.

                        Respectfully submitted,

                        */s/ Martin Bell*
                        Martin Bell
                        Meredith Karp
                        Patrick Barry
                        Nicolas Lussier
                        Wendy Wu
                        Gineen Abuali