May 8th, 2026

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**Re: United States v. Anthony Curcio. Case No. 24-CR-312**

Dear Judge Abrams,

Since submitting my May 4th letter, I have not been able to obtain legal advice from Simpson Thacher. On May 5th I attempted to confer with my current attorneys by Zoom regarding my conflict concerns, the May 11th deadline for public docketing, the referenced confidentiality order, privilege issues, and the risk of inadvertent waiver. Counsel was unable to advise me on those issues, including how to file or present an objection to public docketing of the letter. My attorney indicated that it was best to discontinue the call and that a Curcio hearing was likely forthcoming. The meeting ended within a few minutes.

I understand that my concerns regarding Simpson Thacher's potential conflict may have made it necessary for my current attorneys to refrain from further communication with me, but that left me without guidance on the confidentiality order, prosecution demands, privilege, potential waiver, and the upcoming public-docketing deadline. Those issues remain unresolved while the deadlines approach.

As such, I'm writing to respectfully request that the Court keep my May 4 letter under seal. Alternatively, I request that the Court extend the May 11 objection deadline until I have had an opportunity to speak to an attorney regarding the practical question of how the letter should be handled for public filing, including which portions, if any, should be redacted to protect privileged, confidential, or otherwise protected information. I understand that my letter today may be docketed.

I sincerely appreciate your time and consideration.

Anthony Curcio