*The Law Offices of*

**O&D**

**ONAODOWAN & DELINCE**

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com      **telephone:** 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com        **telephone:** 917.238.9332

June 3, 2026

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

   **RE:**  ***United States v. Anthony Curcio,*** 24 Cr. 312 (RA)
      Status Letter

Dear Judge Abrams:

   This letter is respectfully submitted on behalf of defendant Anthony Curcio ("Defendant Curcio") as a status update pursuant to the Court's Order on May 20, 2026.

   As the Court is aware, on May 20, 2026, I was the Criminal Justice Act ("CJA") attorney on duty, and, prior to May 20, 2026, I was noticed to appear in court as possible *Curcio*[1] counsel in anticipation of a *Curcio* hearing for Defendant Curcio. During the appearance, the Court engaged in a colloquy with the parties (the government, Defendant Curcio, and previous defense counsel) regarding the various filings concerning possible conflicts of interest and pending post-trial issues. Subsequently, I was appointed as new counsel for Defendant Curcio pursuant to the Criminal Justice Act.

**Background and Procedural History**

   On May 20, 2024, Defendant Curcio was charged with wire fraud conspiracy and wire fraud pursuant to indictment 24 Cr. 312 (RA). In January of 2026, Defendant Curcio was convicted of the charges following a two-week trial. Subsequently, on February 18, 2026, previous defense counsel filed a Rule 33 motion. On March 10, 2026, Defendant Curcio publicly filed a civil complaint pro se in Superior Court for King County, Washington, *Anthony J. Curcio v. Collectors Universe, et. al.*, No. 26-2-08225-1 (SEA). Collector's Universe is the parent company of Professional Sports Authenticator ("PSA"), whose employee testified during the January 2026 trial. The civil complaint attached and incorporated discovery materials covered under the protective order in this case.[2] On March 11, 2026, the government filed its opposition to the defense's Rule 33 motion. On March 18, 2026, previous defense counsel filed a reply to the government's opposition to defense's Rule 33 motion. On May 4, 2026, Defendant Curcio filed an *ex parte* letter under seal regarding a potential conflict with previous defense counsel. On May 5, 2026, the Court ordered previous counsel to respond to Defendant Curcio's May 4,

---

[1] *United States v. Curcio*, 680 F.2d 881 (2d Cir. 1982)
[2] See Dkt. 16 ("Protective Order")

The Law Offices of

**O&D**

ONAODOWAN & DELINCE

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com    telephone: 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com    telephone: 917.238.9332

2026 letter.  On May 8, 2026, Defendant Curcio filed another *ex parte* letter under seal further discussing the potential conflict. On May 11, 2026, pursuant to the Court's order, previous defense counsel filed an *ex parte* letter addressing Defendant Curcio's May 4, 2026 letter.  On May 13, 2026, the Court set the next status conference and/or change of counsel hearing for May 20, 2026.  On May 19, 2026, Defendant Curcio filed an additional *ex parte* letter under seal continuing to discuss the potential conflict.

Accordingly,  I am advising the Court of the following:

1. Pursuant to Federal Rules of Evidence 502, and in compliance with *Strickland v. Washington* 466 U.S. 668 (1984), the *ex parte* letters dated May 4, 2026, May 8, 2026, May 11, 2026, and May 19, 2026 need not remain *ex parte* or under seal.  We consent that should be disclosed to the government and filed on the public docket.

2. With respect to Defendant Curcio's pro se civil complaint, *Anthony J. Curcio v. Collectors Universe, et. al.*, No. 26-2-08225-1 (SEA), Defendant Curcio will immediately contact the clerk of the Superior Court for King County to have the complaint and all accompanying exhibits removed from the public docket.

3. With respect to the previously filed Rule 33 briefs, I intend to submit a supplement filing.

4. After conferring with the government, the parties propose the following schedule regarding pending issues before the Court:[3]

   a. Defense's supplemental filing will be due on or before June 19, 2026
   b. Any objections to the final PSR will be due on or before July 13, 2026
   c. Defense sentencing submission will be due on August 4, 2026
   d. Government sentencing submission will be due on August 10, 2026
   e. Sentencing to be scheduled for August 14, 2026

Respectfully submitted,

Esere J. Onaodowan, Esq.
*Counsel for Anthony Curcio*

---

[3] With respect to the proposed dates, the parties took into consideration defense counsel Onaodowan's schedule as she has an evidentiary hearing scheduled for June 22, 2026 before Judge Loretta A. Preska, a suppression hearing scheduled for June 24, 2026 before Judge Carol Bagley Amon, and a trial scheduled to begin on July 27, 2026 before Judge Carol Bagley Amon. Defense counsel Onaodowan also has a previously planned family vacation where she will be away from August 17, 2026 to August 24, 2026.