UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ANTHONY CURCIO,
a/k/a "Brendan Wooley,"

Defendant.

24 Cr. 312 (RA)

**NOTICE OF MOTION FOR DEFAULT JUDGMENT <u>ON FORFEITURE OF BOND</u>**

PLEASE TAKE NOTICE that the United States of America, by its attorney, James M. McDonald, United States Attorney for the Southern District of New York, upon the annexed declaration of Cecilia Vogel, Assistant United States Attorney, dated September 22, 2026, and upon all papers and prior proceedings herein, the United States of America moves before the Honorable Ronnie Abrams, United States District Judge for the Southern District of New York, for (1) an order and judgment of default pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure of the $100,000.00 appearance bond for defendant ANTHONY CURCIO, a/k/a "Brendan Wooley" (the "defendant"), signed by the defendant and co-signed by Emily Curcio and Geri Curcio, and (2) a bail review hearing to be scheduled within one week.

Date: New York, New York
September 22, 2026

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: */s/*

David R. Felton
Kingdar Prussien
Cecilia Vogel
Assistant United States Attorneys
(212) 637-2299/-2223/-1084

To: Esere J. Onaodowan, Esq.
The Law Offices of Onaodowan & Delince, PLLC
100 Church Street, 8th Floor
New York, New York 10007
eonaodowan@eocdlaw.com
*Counsel for defendant Anthony Curcio*

Geri Curcio
*Bond Co-signer*

Emily Curcio
*Bond Co-signer*