**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 26, 2026

**BY ECF AND EMAIL**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Anthony Curcio*, 24 Cr. 312 (RA)**

Dear Judge Abrams:

The Government respectfully writes to inform the Court and counsel that defendant Anthony Curcio was arrested in Canada on Friday, September 25, 2026, and presently is in Canadian immigration custody. The Government will update the Court as it learns more information about the status of the proceedings in Canada and anything else relevant to a schedule for Curcio's adjourned sentencing.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: /s/______________________________
David R. Felton
Kingdar Prussien
Cecilia Vogel
Assistant United States Attorneys
(212) 637-2299/-2223/-1084

cc: All counsel of record (by ECF and email)
Lisimba Jackson, U.S. Probation, Western District of Washington (by email)
Lanique Rhyne and Courtney M. DeFeo,
U.S. Pretrial Services, Southern District of New York (by email)